# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

139835

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

TREVOR VALENTINE MOREY,
    Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139835
COA: 293500
Branch CC: 00-047032-FH

On order of the Court, the application for leave to appeal the September 10, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

0322

_____
Clerk